# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

---

No. 1D22-3485

---

WILLIAM G. MERRYMAN,

Petitioner,

v.

ST JOHNS RIVER WATER MANAGEMENT DISTRICT,

Respondent.

---

Petition to Review Non-Final Agency Action—Original Jurisdiction.

November 21, 2022

PER CURIAM.

DISMISSED.

LEWIS, JAY, and TANENBAUM, JJ., concur.

---

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

---

William G. Merryman, pro se, Petitioner.

Thomas I. Mayton, Jr., Deputy General Counsel, Karen C. Ferguson, Senior Assistant General Counsel, and Keirsey J. Carns, Assistant General Counsel, St. Johns River Water Management District, Palatka, for Respondent.