# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

No. 1D22-3774

WILLIAM G. MERRYMAN,

Appellant,

v.

ST. JOHNS RIVER WATER MANAGEMENT DISTRICT,

Appellee.

On appeal from St. Johns River Water Management District.
Erin H. Preston, Interim General Counsel.

May 2, 2023

PER CURIAM.

AFFIRMED.

ROWE, C.J., and M.K. THOMAS and TANENBAUM, JJ., concur.

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

William G. Merryman, pro se, Appellant.

Thomas I. Mayton Jr., Deputy General Counsel, Karen C. Ferguson, Senior Assistant General Counsel, Keirsey Jane Carns, Assistant General Counsel, St. Johns River Water Management District, Palatka, for Appellee.