**U.S. District Court**
**Middle District of Florida, Jacksonville Division**

**Merryman et al v. St. Johns River Water Management District et al**

**Case Number: 3:24-cv-00658**

# PLAINTIFFS' UNOPPOSED MOTION TO DISMISS SPECIFIED DEFENDANTS WITHOUT PREJUDICE

**Honorable Judge Marcia Morales Howard**

William G. Merryman
1117 Buggy Whip Trl
Middleburg, FL 32068
merrymanfamilyfarm@gmail.com
904-859-9149

1/14/2025

Honorable Marcia Morales Howard
United States District Court
Middle District of Florida, Jacksonville Division
300 N. Hogan St.
Jacksonville, Fl 32202

**PLAINTIFFS' UNOPPOSED MOTION TO DISMISS SPECIFIED DEFENDANTS WITHOUT PREJUDICE**

COME NOW, Plaintiffs William Merryman and Ashley Merryman (collectively, "Plaintiffs"), proceeding pro se, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby move this Honorable Court for an order dismissing without prejudice the claims asserted against the following Defendants:

Represented by William Breen Armistead:

1. Northwest Florida Water Management District
2. Breck Brannen
3. Jerry Pate

Represented by Emily Taylor Walsh:

4. Suwannee River Water Management District
5. Geroge T. Reeves

Represented by William G. Stafford and/or Lloyd R. Schwed

6. South Florida Water Management District
7. Maricruz Fincher

Represented by James P. Waczewski, et al:

8. Division of Administrative Hearings
9. Darren A. Schwartz

Represented by Dale A. Scott:

10. Mary Ellen Winkler

Represented by John K. Londot:

11. Florida Bar Association
12. Shannell M. Schuyler
13. Elizabeth Tarbert
14. Francisco J. Digon-Greer

15. Teresa Goodson

In support of this Motion, Plaintiffs state as follows:

**I. Procedural History**

1. Plaintiffs filed this action on July 1, 2024, alleging various constitutional and statutory violations related to environmental harm and governmental actions impacting their property and rights.
2. The Defendants listed above were named in the Second Amended Complaint filed on November 28, 2024.
3. Plaintiffs now wish to dismiss their claims against these Defendants without prejudice to streamline the litigation and focus on claims against the remaining Defendants.

**II. Legal Authority**

4. Under Rule 41(a)(2) of the Federal Rules of Civil Procedure, the court may dismiss an action at the plaintiff's request on terms that the court considers proper.

5. Dismissal without prejudice is appropriate where it will not cause legal prejudice to the opposing party. See *Pontenberg v. Boston Scientific Corp.*, 252 F.3d 1253, 1256 (11th Cir. 2001).
6. Plaintiffs' dismissal of these Defendants will allow this case to proceed more efficiently while reserving Plaintiffs' rights to pursue claims against these Defendants if necessary, in the future.

## III. Certification of Conference

Pursuant to Local Rule 3.01(g), Plaintiffs certify that they conferred, or attempted to confer, with counsel for the Defendants. On January 13, 2025, at 8:24 PM, Plaintiffs emailed the proposed motion to all opposing counsel. All but Dale A. Scott and James Waczewski responded, and none of the responding counsel stated opposition to this motion.

## III. Request for Relief

WHEREFORE, Plaintiffs respectfully request that the Court:

1. Grant Plaintiffs' Motion to Dismiss Without Prejudice the claims against the following Defendants:
    - Northwest Florida Water Management District
    - Breck Brannen

- Jerry Pate
- Suwannee River Water Management District
- George T. Reeves
- South Florida Water Management District
- Maricruz Fincher
- Division of Administrative Hearings
- Darren A. Schwartz
- Mary Ellen Winkler
- Florida Bar Association
- Shannell M. Schuyler
- Elizabeth Tarbert
- Francisco J. Digon-Greer
- Teresa Goodson

2. Retain jurisdiction over the remaining Defendants; and
3. Grant any further relief the Court deems just and proper.

Dated: January 14, 2025

Respectfully submitted,

/s/ William Merryman

William Merryman
1117 Buggy Whip Trl
Middleburg, FL 32073
904-859-9149
merrymanfamilyfarm@gmail.com
Pro Se Plaintiff

Respectfully submitted,

/s/ Ashley Merryman

Ashley Merryman
1117 Buggy Whip Trl
Middleburg, FL 32073
904-859-9149
Ashley.R.Merryman@gmail.com
Pro Se Plaintiff

I hereby certify that on this 14th day of January, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the Electronic Submission Portal, which will send a notice of electronic filing to all counsel of record once docketed.

Respectfully submitted,

/s/ William Merryman

William Merryman
1117 Buggy Whip Trl
Middleburg, FL 32073
904-859-9149
Pro Se Plaintiff